UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Anthony W. Ishii<br>Senior United States District Judge<br>Fresno, California | **RE: Ernesto Sandoval**<br>**Docket Number:  0972 1:15CR00246-001**<br>**<u>PERMISSION TO TRAVEL</u>**<br>**<u>OUTSIDE THE COUNTRY</u>** |

Your Honor:

Ernesto Sandoval is requesting permission to travel to Rosarito, B.C., Mexico. Mr. Sandoval is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On August 27, 2012, Ernesto Sandoval was sentenced in the Southern District of California for the offense(s) of 21 USC 952, 960: Importation of Cocaine.

**Sentence Imposed:**  24 Months Bureau of Prisons, 5 Years Supervised Release.

**Dates and Mode of Travel:**  Friday, March 24 through Sunday March 26, 2017. Will be traveling in a 2016 Nissan Altima, registered to Alejandra Sandoval.

**Purpose:**  Vacation.

1

**RE:**   **Ernesto Sandoval**
        **Docket Number:  0972 1:15CR00246-001**
        **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/Laura Del Villar

Laura Del Villar
United States Probation Officer

Dated:   March 8, 2017
         Visalia, California

                        /s/ Lonnie E. Stockton
**REVIEWED BY:**   **Lonnie E. Stockton**
                   **Supervising United States Probation Officer**

## ORDER OF THE COURT

☒   Approved        ☐   Disapproved

IT IS SO ORDERED.

Dated:  March 8, 2017                    _____
                                         SENIOR  DISTRICT  JUDGE