UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Anthony W. Ishii  **RE:** **Ernesto Sandoval**
Senior United States District Judge  **Docket Number: 0972 1:15CR00246-001**
Fresno, California  **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Your Honor:

Ernesto Sandoval is requesting permission to travel to Rosarito, B.C., Mexico. Ernesto Sandoval is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On August 27, 2012, Ernesto Sandoval was sentenced in the Southern District of California for the offense of 21 U.S.C. 952, 960: Importation of Cocaine.

**Sentence Imposed:** 24 Months Bureau of Prisons, 5 Years Supervised Release.

**Dates and Mode of Travel:** Saturday, September 9, 2017, through Sunday, September 10, 2017. He will be travelling in a 2016 Nissan Altima registered to Alejandra Sandoval.

**Purpose:** Family trip.

**RE:    Ernesto Sandoval**
      **Docket Number:  0972 1:15CR00246-001**
      **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


                    Respectfully submitted,

                    /s/ Laura Del Villar

                 **Laura Del Villar**
              **United States Probation Officer**

Dated:    September 5, 2017
          Visalia, California



**REVIEWED BY:**        /s/ Lonnie E. Stockton
                    **Lonnie E. Stockton**
                    **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

**The Court orders:**

  ☒ Approved   ☐ Disapproved


IT IS SO ORDERED.

   Dated:   **September 5, 2017**            _Dale A. Drozd_
                                             UNITED STATES DISTRICT JUDGE